IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **LOUISE P. BATSTONE, et al.,** | * | |
| *Plaintiffs*, | * | |
| v. | * | Case No. 1:20-cv-1012-JRR |
| **MERIDIAN SECURITY INSURANCE COMPANY,** | * | |
| | * | |
| *Defendant.* | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

This matter comes before the court on Plaintiffs Louise P. Batstone and Griffith R.D. Batstone's Motion for Summary Judgment on Liquidated Damages. (ECF No. 56). The court has reviewed all papers. No hearing is necessary. Local Rule 105.6 (D. Md. 2023). For the reasons set forth in the accompanying memorandum opinion, it is this 14th day of February 2024:

**ORDERED** that the Motion for Summary Judgment on Liquidated Damages (ECF No. 56) shall be, and is hereby, **GRANTED IN PART AND DENIED IN PART** as follows: granted as to Plaintiffs' request for liquidated damages of undisputed attorneys' fees and prejudgment interest; and denied in all other respects; and further it is

**ORDERED** that Plaintiffs are awarded, and Defendant shall pay to Plaintiffs, liquidated damages in the amount of $172,743.12, of which $146,856.46 constitutes undisputed attorneys' fees and expenses, and $25,886.66 constitutes prejudgment interest; and further it is

**ORDERED** that the Clerk of Court shall **CLOSE** this case.

/S/
Julie R. Rubin
United States District Judge